## Dewing *verf.* Train.

ASSUMPSIT for Money had and received to he Plaintiff's Ufe. The Cafe was, that one Ball, a Deputy Sheriff, had an Execution againft the Plaintiff iffuing on a former Suit brought by J. S., and Train paffed his Word for Dewing's Appearance at a Day then to come; and Dewing gave Train a promiffory Note for the Contents of the Execution; notwithftanding which, Train fued Dewing on the Note, on which Suit Dewing never

No Action lies for Money recovered of the Plaintiff by Suit on a Note given by him to fecure the Defendant againft a contingent Liability on an Execution which the Plaintiff has fubfequently paid.

------

(2) Anc. Chart. 356.

never appeared, and Train had Judgment againſt him, — and, in the Courſe of the Affair, Dewing was committed by Ball on the Execution in Favour of J. S., and cleared it, and alſo cleared Train's Judgment on the Note; and then brings this Action to recover back the Money which Train had taken by his Suit on the Note.

*Sewall, for the Plaintiff*, in opening, diſcovered the Opinion of *the Court*, that the Action was not maintainable on theſe Facts, (1) adviſed his Client, (who before had refuſed,) to refer the Cauſe, which was accordingly done.

---

### NOTE.

This action was continued under reference from term to term until October, 1774. At this date, there appears on the docket the uſual heading for the term, with the exception of a blank in the place of the names of the juſtices by whom it ſhould have been holden; and after the liſt of continued actions appears the following entry:

" N. B. The ſuperior Court did not ſit in the County of Middleſex " in October, 1774, by reaſon of the difficulty of the times, & there was " no term of the ſaid Court in that County until October, 1776. And " the continued actions are carried forward by a ſpecial order of the gen- " eral Court."

The circumſtances which prevented this ſeſſion of the Court were as follows: Articles of impeachment had been drawn up by the Houſe of Repreſentatives againſt the Chief Juſtice, and, although the Council would take no action in the matter, yet, the articles being publiſhed, the
effect

---

(1) On the general principle that money paid under legal proceſs cannot be recovered back. The plaintiff's remedy ſhould have been ſought by review. 16 Maſs. 308. 17 Maſs. 394. 1 Pick. 440. 4 Gray, 148. 13 Gray, 70.

effect, as defcribed by John Adams, was that " when the Superior Court " came to fit in Bofton, the grand jurors and petit jurors, as their names " were called over, refufed to take the oaths," on the ground that " the " Chief Juftice of that Court ftood impeached of high crimes and mif- " demeanours before his Majefty's Council, and they would not fit as " jurors while that accufation was depending. At the Charleftown " Court the jurors unanimoufly refufed in the fame manner." 2 John Adams's Works, 332. On the 19th of July, 1775, the General Court holden at Watertown, while the American army was at Cambridge, and the Britifh in Bofton, paffed the act removing all officers appointed by the Governor, whether civil or military, from their refpective offices, from and after the 19th of September then next. On the 11th of the following October, a majority of the Council reorganized the Supe- rior Court by appointing John Adams Chief Juftice, and William Cufhing, William Read, Robert Treat Paine, and Nathaniel Peaflee Sargent, Efqrs., Affociate Juftices thereof. Adams accepted the ap- pointment, but refigned in 1777, never having taken his feat on the bench. 3 Ib. 23, 24. Read, Paine, and Sargent at firft declined the office, and their places were filled by James Sullivan, Jedediah Fofter, and James Warren. The latter alfo declined the appointment, but the two former accepted it, and were commiffioned March 20, 1776. Fof- ter had occupied a feat in the Council, which he at once refigned, as incompatible with the office of judge. In his letter of refignation he fays : " It has for fundry Years paft been a prevailing Opinion that a " Seat at the Hon'ble Council, and on the Superiour Court Bench ought " not to be held by the fame Perfon at one and the fame Time : an " Opinion I think founded in the higheft Reafon, and fhould be fupported " in a free Conftitution." 195 Mafs. Archives, 14. See *ante*, p. 242.

In May, 1776, was paffed the act changing the ftyle of commiffions, writs, proceffes, and proceedings in law, from the name and ftyle of the King of Great Britain, France, and Ireland, Defender of the Faith, &c., to the name and ftyle of the Government and People of the Maffachu- fetts Bay in New England. Anc. Chart. 798. The firft Court held under the new organization appears to have been in Ipfwich, for the County of Effex, on the 3rd Tuefday in June, 1776. The records of this term are entitled " Colony of Maffachufetts Bay," and the Court was held by " Wm. Cufhing, Jedediah Fofter, and James Sullivan, Efqrs., Juftices," " They having firft produced Commiffions under the Government Seal, feverally appointing them Juftices of the faid Court." Rec. 1776, Fol. 2.

In February, 1776, was paffed an act altering the place of holding Courts in Suffolk, from Bofton to Dedham and Braintree, the former being made the fhire town of Suffolk, — the preamble reciting that " Bofton, *the Place appointed by Law for holding the Superiour Court*," &c., " *is now made a Garrifon by the Minifterial Army, and become a* " *common*

"*common Receptacle (1) for the Enemies of* America." In accordance with this act, the first term of Court for Suffolk was holden at Braintree, in September, 1776. Rec. 1776, Fol. 29. In the following November, the act was repealed, and the first term holden in Boston appears to have been in February, 1777. Rec. 1777, Fol. 67.

The first term for Middlesex was, as before stated, in October, 1776, when the Court met and adjourned to the following February. The adjourned session was held by Cushing, Foster, Sullivan and Sargent, the latter having been reappointed on the 19th of the preceding September, and this time accepting the office. At this term there appear the first instances of appeals claimed to the " General Congress of the United States of America." Rec. 1776, Fol. 51. " Middlesex Minute Book, October, 1776." The case of *Dewing* v. *Train* was continued to the following April Term, which was the first holden at Concord under the act passed in February, 1776, changing the places of holding Court in Middlesex, " *as* Charlestown *is destroyed by the Enemy*." At this term the referees made their report in favor of the plaintiff for £18, 8, 6, for which sum judgment was entered, and execution issued November 3, 1777.

(1) " Old receptacles, common sewers " ——

*Pericles*, Act IV. Sc. 6.